

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-89,386-01

### EX PARTE JAVIER GERARDO SALINAS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 2010CRN000463D1 IN THE 49TH DISTRICT COURT FROM WEBB COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and engaging in organized criminal activity and sentenced to thirteen years' imprisonment on each count. He did not appeal his convictions.

Applicant contends that he was denied pre-sentence credit and that his plea was involuntary because he was denied pre-sentence credit. Applicant's pre-sentence-credit claim is dismissed. *Ex parte Ybarra*, 149 S.W.3d 147 (Tex. Crim. App. 2004); *Ex parte Florence*, 319 S.W.3d 695 (Tex. Crim. App. 2010). His involuntary plea claim is denied. Accordingly, this application is dismissed

in part and denied in part.

Filed: January 30, 2019
Do not publish